December 14, 1967

## Commonwealth ex rel. Funa *v.* Pitoniak, Appellant.

Argued November 16, 1967.
*Armin H. Friedman*, with him *William R. Caroselli*, for appellant; *Arthur M. Lebovitz*, with him *Krause & Baker*, for appellee.

Order affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.